UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY MACK o/b/o C.M.,

    Plaintiff,

vs.                                                      Case No.  3:04-cv-393-J-MCR

JO ANNE B. BARNHART, Commissioner of
the Social Security Administration,

    Defendant.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Amended Motion for Reconsideration (Doc. 44) filed March 1, 2006.  Although the Motion indicated the Commissioner objects to the relief requested, the Commissioner did not file any opposition and the time for doing so has expired.

Plaintiff seeks reconsideration of the Court's Order (Doc. 40) entered on February 14, 2006 awarding $1,380.54 in attorney's fees for the work of attorney, Tracy Tyson Miller.  On February 14, 2006, Plaintiff filed a Notice of Filing of Corrected Time Sheet for Tracy Tyson Miller.  (Doc. 39).  The Court was not aware of this filing at the time the Order granting attorney's fees was entered.  Plaintiff asks that Ms. Tyson be awarded an additional 7.85 hours[1] because she inadvertently failed to include her time

---

[1] Although Plaintiff requests 7.85 hours, the Court calculates 7.4 hours of new entries in the revised time sheets.

worked on the case from April 25, 2004 to June 14, 2005 in the original Petition for Attorney Fees. (Doc. 44).

The Court has reviewed the corrected time sheet and believes its Order awarding attorneys fees needs to be revised only as to the amount of fees awarded. The Court will award Plaintiff fees for Ms. Tyson's 4.25 hours of work in 2004 and 3.15 hours of work in 2005. The hourly rates adopted in the prior Order, $155.35 for work performed in 2004 and $159.60 for work performed in 2005, will apply and therefore, the Court will award Plaintiff an additional $1162.98 in attorneys fees ($155.35 x 4.25 plus $159.60 x 3.15) for a total of $6,916.56 ($5,753.58 plus $1,162.98).

Accordingly, after due consideration, it is

**ORDERED:**

1.    Plaintiff's Amended Motion for Reconsideration (Doc. 44) is **GRANTED**.

2.    The Court's February 14, 2006 Order (Doc. 40) is hereby revised to award Plaintiff a total of $6,916.56 in attorney's fees and $129.25 in expenses for a total award of $7,045.81.

3.    The Clerk is directed to vacate the Judgment entered on February 15, 2006 and enter Judgment in favor of Plaintiff and against Defendant in the amount of $6,916.56 in attorney's fees and $129.25 in expenses for a total award of $7,045.81.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  27th  day of March, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record